UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY VAN DURMEN,

    Petitioner,

v                                                       Case No. 4:02 cv 184

KURT JONES,                           Hon. Wendell A. Miles

    Respondent.

_____/

ORDER OF DISMISSAL

For the reasons stated in the court's Order on Objections to Magistrate Judge's Report and Recommendation issued on this same date, the petition for habeas corpus is dismissed without prejudice for lack of exhaustion.

So ordered this 10th day of February, 2006.

                                                            /s/ Wendell A. Miles
                                                            Wendell A. Miles
                                                            Senior U.S. District Judge